454 A.2d 182

Manton v. Manton, Appellant.

Argued June 24, 1981. Allen H. Smith, for appellant; Michael J. Brillhart, for appellee.

Before PRICE, JOHNSON and SHERTZ, JJ.*

The order dated April 15, 1980 is affirmed.